UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARK ELLIS HUEY,

                Petitioner,

v.

PATRICK GLEBE,

                Respondent.

NO: 1:15-cv-03001-RMP

ORDER DISMISSING HABEAS PETITION

By Order filed March 3, 2015, the Court advised Petitioner of the deficiencies of his habeas petition and directed him to amend to show that his petition is timely under 28 U.S.C. § 2244(d). Petitioner, a prisoner at the Stafford Creek Corrections Center, is proceeding *pro se* and *in forma pauperis*; Respondent has not been served. Petitioner did not comply with the Court's directive and has filed nothing further in this action.

For the reasons set forth in the Order to Amend, ECF No. 5, and having failed to demonstrate an equitable basis to toll the running of the federal limitations

ORDER DISMISSING HABEAS PETITION -- 1

period, **IT IS ORDERED** that Mr. Huey's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as untimely under 28 U.S.C. § 2244(d).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address, and close the file. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this 19th day of May 2015.

                         *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                      Chief United States District Court Judge